# Third District Court of Appeal

## State of Florida

Opinion filed February 18, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-1130
Lower Tribunal No. 20-9633-CA-01
_____

**Vetnah Monessar,**
Appellant,

vs.

**Whole Foods Market Group, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles Kenneth Johnson, Judge.

International Law Partners LLP and Yasir Billoo (Hollywood), for appellant.

Law Offices of Charles M-P George, and Charles M-P "Chip" George; Chartwell Law, and Derek H. Lloyd, and Victoria N. Godwin-Reese (Deerfield Beach), for appellee.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Affirmed.  <u>Russell Post Properties, Inc. v. Leaders Bank</u>, 159 So. 3d 348 (Fla. 3d DCA 2015).

2